IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY D. COOPER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:21-cv-02285-TWT-CCB |
| CITY OF KENNESAW, GEORGIA | ) | |
| | ) | |
| *Defendant.* | ) | JURY TRIAL DEMANDED |
| | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 26th day of January, 2022.

*[Signatures on next page]*

| | |
|---|---|
| */s/ Charles M. Dalziel, Jr.* | s/ Sharon P. Morgan |
| Charles M. Dalziel, Jr. | Sharon P. Morgan |
| Georgia Bar No. 203730 | Georgia Bar No. 522955 |
| | Megan L. Quinn |
| Dalziel Law Firm | Georgia Bar No. 625272 |
| 31 Atlanta Street, Suite 200 | |
| Marietta, Georgia  30060 | ELARBEE, THOMPSON, SAPP & |
| (770) 693-2873 | WILSON, LLP |
| chuck@dalziellawfirm.com | 800 International Tower |
| | 229 Peachtree Street, N.E. |
| *Attorney for Plaintiff* | Atlanta, Georgia  30303 |
| | (404) 659-6700 |
| | (404) 222-9718 (facsimile) |
| | morgan@elarbeethompson.com |
| | quinn@elarbeethompson.com |
| | |
| | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY D. COOPER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:21-cv-02285-TWT-CCB |
| CITY OF KENNESAW, GEORGIA | ) | |
| | ) | |
| *Defendant.* | ) | JURY TRIAL DEMANDED |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2022, I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Charles M. Dalziel, Jr.

*/s/ Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com

*Attorney for Defendant*